KATHERINE MURRAY, as Administratrix of the Estate of JAMES MURRAY, Deceased, Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

*Murray* v. *N. Y. C. & H. R. R. R. Co.*, 133 App. Div. 893, affirmed.
(Argued November 30, 1910; decided December 16, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 8, 1909, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for the death of plaintiff's intestate alleged to have been occasioned by the defendant's negligence.

*Robert A. Kutschbock, Alex. S. Lyman* and *Charles C. Paulding* for appellant.

*Raymond D. Thurber* and *Frank F. Davis* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and COLLIN, JJ.

---

BARTOLO FAMULARO, Respondent, *v.* OIL WELL SUPPLY COMPANY, Appellant.

*Famularo* v. *Oil Well Supply Co.*, 128 App. Div. 907, affirmed.
(Argued November 30, 1910; decided December 16, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 12, 1908, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for personal injuries alleged to have been sustained through the defendant's negligence.

*H. L. Howe* for appellant.

*Francis D. Culkin* and *D. P. Morehouse* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and COLLIN, JJ.